**[J-93-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THOMAS MIRON, | : | No. 88 MAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 290 CD |
| | : | 2023 dated April 10, 2024, Affirming |
| v. | : | the Order of the Delaware County |
| | : | Court of Common Pleas, Civil |
| | : | Division, at No. No. CV-2022- |
| DELAWARE COUNTY TAX CLAIM | : | 006747 dated February 7, 2023. |
| BUREAU, ARTHUR F. URBANY AND JAC | : | |
| PROPERTIES, | : | ARGUED:  November 19, 2025 |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

　　**AND NOW,** this 17th day of December, 2025, the appeal is **DISMISSED** as having been improvidently granted.

　　Justice Wecht files a concurring statement.